UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

MORAN TOWING AND
TRANSPORTATION, INC., et al.,

        Plaintiffs,

-v-                                                  No. 09 Civ. 1390 (LTS)(DCF)

M/V FASE, M/V NORA, M/V RACHEL B,
their engines, boilers, tackle, furniture, apparel,
etc., *in rem*, HILTVEIT ASSOCIATES, INC.,
*in personam*,

        Defendants.

-------------------------------------------------------x

### ORDER

        In light of the pending motion for default judgment, the initial pre-trial conference in the above-captioned action, currently scheduled for Friday, September 25, 2009, is adjourned to Friday, October 30, 2009, at 10:45 a.m.

        SO ORDERED.

Dated: New York, New York
       September 23, 2009

                                                            LAURA TAYLOR SWAIN
                                                           United States District Judge

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: SEP 2 4 2009]